

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-17-00297-CV

**IN THE INTEREST OF A.S.G., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00416
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellee's brief was due to be filed on July 31, 2017. On August 7, 2017, the appellee filed a motion for extension of time requesting a twenty day extension to file its brief. The motion is GRANTED. Appellee's brief must be filed no later than August 21, 2017.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk